[No. 38622-1-I.    Division One.    June 30, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY
T. JACQUES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-08677-9, Janice Niemi, J., entered May
13, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 38729-4-I.    Division One.    June 30, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY
AUSTIN HODGE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 95-8-01534-4, Anita Louise Farris, J.,
entered April 30, 1996. *Dismissed* by unpublished per
curiam opinion.

[No. 38912-2-I.    Division One.    June 30, 1997.]

D.E. BALE, ET AL., *Appellants*, v. THE CITY OF
AUBURN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 95-2-14641-4, Robert S. Lasnik, J., entered
June 14, 1996. *Affirmed* by unpublished opinion per Cox,
J., concurred in by Baker, C.J., and Kennedy, J. Now
published at 87 Wn. App. 205.

[No. 38948-3-I.    Division One.    June 30, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN
McKINNEY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-8-02409-2, Stephen Gaddis, J. Pro Tem.,
entered June 14, 1996. *Dismissed* by unpublished per
curiam opinion.